In The
# United States District Court
## Western District of Texas
### Austin Division

RECEIVED APR 4 2022 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY: _____ DEPUTY CLERK

FILED April 04, 2022 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY: ____DL____ DEPUTY

**PLAINTIFF:**

Steven Jacob Stringfellow (pro se)

Address:

12701 Lowden Ln #301
SOC1048-2
Manchaca, TX
78652

v.

**1:22-cv-341-RP**

Cause No. _____

**DEFENDANTS:**

The Federal Reserve Board

&

The United States of America (upon consent)

_____

**Description of Cause:** The Federal Reserve System has become to stand as an unnecessary entropy upon the Treasury manifesting as deprivations of life, liberty and property.

**Jurisdiction/Venue:** The above named Court has Jurisdiction for the above Cause under Article III of the United States Constitution and Section 9 of the Judiciary Act of 1789 and is an appropriate Venue under U.S. Code, Title 28, Part IV, Chapter 87, § 1391.

## Allegations

---

"Fed"

    Alot of ideas come to mind when considering the word "Fed," both positive and negative. On the positive side is the idea of food, to be nourished, fed. On the negative side is the idea of having had enough, being fed up. Then there is The Fed, the colloquial term for the Federal Reserve System. It is a supreme demonstration of pragmatics that these three definitions have all come together hereupon. Plaintiff wishes to demonstrate and elaborate upon the general idea surrounding "being fed up" and how it affects us and ultimately food upon the table…lives and liberty.

    Just reading this, the reader should already have a negative connotation, because at any rate on some level your time is being otherwise consumed by having to even read it. The phenomenon is known as entropy and it is instinctively repulsive in the same way that the smell of rotten meat or the sight of gore or the thought of harm to your children would be—just a natural instinct, which comes from the affects of those situations as the subconscious encounters them…as if nature should pose the question: do you like to do the same thing in 1 minute or 2 minutes? The obvious answer is 1 minute, negativity being that negative. And we hold these truths to be self-evident, which is the beginning line of our Constitution and it was written specifically to bar injustice otherwise; injury is an offence with many legal definitions.

    Much of Court is inherently a necessary evil. I would not use the words "waste of time," though if the world were a perfect place there would be far less time spent on righting those and these misdeeds, which is why the worst offenses one comes across are the most difficult to deal with, simply from a subconscious perspective, because most of them do not need to happen, and are justly so unjust and so repulsive. But just like good doctors or wilderness first aid, legal professionals and even pro se litigants bite back the repulsion and get to the business of tending these wounds, because there are always great returns from eternity's healing power, it goes without saying that it should not be wasted, employed.

    Discourse around the Federal Reserve has always been, in my personal and so traumatized opinion, extremely painful…exponentially moreso than normal, and this complaint I am filing with the utmost respect towards saving the very life and soul from this pain, as it has afflicted mine and the lives of my loved ones, some of whom I have lost in the most horrible ways which I dare not speak of, this is the truth…I wouldn't show my face in Court under such circumstances unless my world were in mortal danger, and so I am being depended on by my fellow man in doing so, this pain being so great that society, I and many feel is beginning to suffer irrecoupable losses, now making it more than all the worthwhile.

    One would expect such though if there were an overarching entropy occurring beyond, extenuating that which regular crime could/would even exist upon in the first place, considering that difficult things are difficult to deal with—the most difficult being the most difficult—and so beyond seeming beyond difficult: which matches mine and many others' experiences in as far as the Federal Reserve is concerned. This is not "rocket surgery," for lack of a better phrase, but yet somehow we end up in this dance of sorts, starved, with less life than not, perhaps more than perhaps, and there are reasons for it which we shall (and must) go over (perhaps not being good enough for federal standard).

    I'm not here to wine, moan and/or accuse anyone of anything…my Complaint revolves around the stipulation that if such a thing were so ridiculously important, spicy, picayune *and* punctual…beyond difficult, or even impurposeful…then shouldn't any utility surrounding it, or anything really of that matter, for that matter be treated with the utmost scrutiny and respect? I pray to the court that the answer is "yes" yet already should know that it is, considering that the entirety of our laws are written so; positively.

    And so, the study of pragmatics revolves around pragmatism, which inherently revolves around the salvation of time and so energy: positivity…time's inherent flow inunthrough that arbitrary direction: of life; prima facie understandings of linguistic and so logical synergies and efficiencies, and so therefrom and in, the constitution upholds the salvation of time in guaranteeing rights against deprivation(s).

The opposite of the salvation of time, life and its energy is what we technically term as entropy. Entropy is defined as the amount of disorder in a system and the net time lost to it. If something deprives a person of their rights to life, liberty and/or property, that would be seen as entropic on any level, whatsoever—entropy's obverse saving more net time, and therefore energy and so therefore matter: $E=mc^2$...life, liberty, and/or property, to be exactly mathematical, in-beyond tort alone; nourishment any way you cut it: food, pragmatism...pragmatics.

Ulteriorly from the above, one may garner that the elimination AND permanent abolishment of entropy would be part and parcel of our time's "neting," or "remanence"...rumination *in* sorts...as in-from the matter—logistically logical, which to me explains the maddening aspect in the already maddening aspect of the evil "ligandry" (if you will) surrounding The Federal Reserve System (or similar)—outfrom the growing need to cope with the entropic and therefore spiritual fallout therefrom much moreso and so, so differently than "normal" would-be entropies, they being based upon—illustrated as being a constant in the actual matter and not something solely in the past (as per normal), remaining there; not just a temporally navigable standard tortfeasence, but an innegotiable tortfeasor ex-persona; improsecutable by default, impassibly, irretractably being one of the future until...forever?....an unforgivable act...post-evil, a demon's demon—a dybbuk being made only more unforgivable by and only by not also barring its rekindling inthrough its elimination, in some shape form or fashion; pragmatic epitome. In layman's terms, karma would tend to prevent us removing such things without paying mind to their staying removed in one fell, *efficient* exchange, eg.

So, the feeling like we're stuck in insanity and can't get out could very plausibly be affecting the mind outside the shadows of doubt, at the very least; though easily, pragmatically, also iam intusboth ways though time's one way street...making the present seem like the opposite of itself—an impossible, ripping, exunimploding state fit for no being...like the metaphorical coals of no man's land slowly, quickly burning, vacuuming, flooding our souls unto hell, but that the only way to put them out completely is to be forced to endure them in a way so that they DO NOT just reignite again for our next generation, which to me again would seem like the reason they were set on fire (again) in the first place...we must have forgotten to keep them whetted and so nature took her due and righteous course, which our Court is built upon by and through, and so they must be extinguished through and by, axiomatically, "clausematically" proofing the need for certain steps such as this one to be taken, pragmatically and so courteously and eternally speaking, in that this information must and shall be recorded for posterity's sake, for heaven's sake!

I wish to note here that I wrote "(again)" above in parenthesis because this issue has been a, if not the major issue throughout the ages of twilight, before the light of modern education and technology. Time and again it has brought humanity to our knees and was in fact the impinging reason behind the Tea-Tax and our own Revolution and was also the real issue between Jesus and the Moneychangers leading to his crucifixion...call it a tool, a sign of the times or a natural cycle, this issue has been difficult for our world to finally evolve out of without the proper understandings of how its effects and affects actually operate hitherto now known understandings of advanced mathematics and physics and science in general, which to me is the cue to sue in this manner, appropriately.

I only but hope now that I can be clear here, speaking through the lines, because this curse is exceptionally insidious due to the extenuation(s) described (of being a crime under and upon), but though could scarce be experienced in any other way hitherto (in order for nature to convey this utmost, in-and-beyond extreme significance so completely, as of now). And I can really say that for anyone in the future reading this who may be dealing with the obverse of this issue, who could be considering implementing this dark instrument in their societies in order to enlighten the masses perhaps dulled from the excess fat of kosherity's high returns, I would suggest to exercise extreme caution because although it does achieve its goals, if done improperly or excessively (which albeit are inherent features) one can lose loved ones in perverse and subnatural, unspeakable ways which are not respectful of the universe's gifts to life for all beings, no matter what (as I and others have)...of which can cause such vast influxes of demographics, genes who cannot or refuse to handle such a curse, who can and do fail in droves and so inevitably propagate those over-stressed genes on such large scales that they can outweigh the benefits of demonstrating this phenomenon to those who nature really called for to learn it (oft the acute minority), which is still the highest paramount, but still...do not be fooled, because time flows, so even if the lessons are achieved, they can be inundated as the wake of that inordinate slough washes away the "good" work, only to deprecate the tides for the next generations, as it should, because we all should be included in life's endeavor, we are not animals here and should not copy lower ecosystems out of correlation, we must seek cause through reason and logic lest we become extinct. Life is already hard as it is, please don't make it harder for yourselves, for us...but yet also do not

forget to follow your instincts and harden and train yourselves when and where needed, just don't be rash and please seek all remedy first, for often life is difficult and solutions complicated and extreme skill and accomplishment more rewarding, sensical and becoming of men, and at the very least, persevering lives and loves whatever the costs should be our guide into such goals, for no one wishes to be lost, it is the golden rule, do unto others as you would them unto you, for an embrace is infinitely, excruciatingly better than any absence, and we know this in this age, as I state, and claim, and for the same.

  Perhaps in the past there was a less strict protocol for certain preservations of society, this particular instrument of issue and issuance a very crude and simple though incredibly beyond effective method of ensuring that the squeaky wheels got the grease.  But with personal flying drones and solid lubricants a reality in our society, one might could say, pragmatically, that we have advanced to a degree which could indicate that there may be more refined methods at hand…so for all of you in the future, please so recognize the mounting need to shy away from perpetuating this antiquating madness in lieu of sophistication from a sheer practical standpoint, unless y'all are absolutely totally done with God's homework and are given the go by He Himself to return to the stone-age…which is where things will surely end if the issue happens further, though I digress, but I do not digress before I reiterate that certain digression are seen as Amendment violation (in being relevant) and so in the interest of time/claims, I should include that amendments to constitutions, our own primarily whereof, should be requited in the required legal steps hereof, withof, and as mentioned.
  How we go about beyond is a matter outside of this complaint, but in moving on out of respect to history, our Constitution very, very, very well may have been more, if naught most specifically designed for and with this matter in, of and for the mind, and primarily in as far as secession is concerned, if not only to impact history more memorably, but surely to break things up colloquially/officially, in order to deharmonize these harmonies when they become harmful, like putting the brakes on, cutting off the cast: a necessary feature of modern technology, of nature's due gruel—governmental machinery…government being a higher form of mechanism—spiritual, abstract, *of* the matter, necessary to manage that withunder and so post-critical to maintain, so much so that a vector towards destruction (such as legal entropy) *could* be necessarily due, in that extinction's avoidance or achievement immutably indicates successful stewardship either way…though may or may not indicate successful knowledge's retention, as we have seen in the past's periodicities involving this issue…either way, something is better than nothing.  In the past at least the reigns were grabbed like a passenger on an ocean liner seeing the metaphorical glacier coming and rushing up to the wheelhouse to avoid catastrophe.  One could imagine that in that analogy were imparted the goals of nature's lessons to wit, but with the circumstances of antiquity we can easily see how legends could have been forgotten, if at all fully circumnavigated in the first place.
  Now, those times are over and the situation is precariously persnickety, as this time could surely be the last, pragmatically possibly indicated by the dollar being the world reserve currency, and in fact is the first time that such a situation has occurred…the stage could be seen as set for an important performance, so please forgive me for being thourough and exacting thereunder…our lives as ancestors in a next life could be at stake and having to look down upon disaster and/or extinction without being able to intervene would be an utter nightmare.  These key points herein hope to set in stone just exactly what is implied by the question elicited of why these things happen, because no one will ever truly know the answer to why, ultimately…just as much as no one will ever be able to count backwards or forwards to the beginning or end of infinity (existing self-evidently).  So from inanswerability, we are only left with "how," and that is the key to beginning to understand of "why's" being posed and the only way to, really…in that question; morphing, evolving to understanding why the question of "why?" is elicited first from one's lips when bad things happen in the first place then instead of "how?"  It seems that nature would want us to comprehend the nature of spirituality and the subconscious first, to see that humor and it's healing, unifying and calming powers…synergy, is hardwired into the world around us, preeminent over sheer informational value, and that creating situations which are not funny might be key in demonstrating the humor and its indispensable value towards the future, funny enough…for how else would we be able to overcome sadness except through happiness?…humor and laughter are causatively bound, after all, though all to food notwithstanding…yet pragmatically, who wants a sad meal?
  Speaking of humor, there is an old technique which the hippies used, taking their marijuana plants and stressing the stalks almost to the point of breaking in order to force the plant into a state of shock, thereby using its own survival mechanisms to flush a richer crop (an old farming technique which works for other crops too..).  Would the stewards of our global family have applied such knowledges?  An interesting (though moot) question

considering, but I must say that modern research has indicated that plants may have rudimentary nervous systems and at the very least are alive, so simply from a pragmatic angle, their physical respect could in some way be seen as called for and so such techniques relegated to the records of barbarism, though perhaps its denouement...which in some argument should be allowable in the free spirit of an American, democratic court intowards supporting that the future does in fact call for complementary evolutions of governance in evolving the issues herein (as stated) and such considerations could, would be critical towards the acceptance of this complaint by the powers that be...metaphorically unlocking the secret door to Mordor during the last light of Durin's Day, so to speak. I only hope that I am poignant to wit...nature does not kid around with her kids and so neither do I and so neither should we; we must evolve.

     Addressing claims historically, The Second Bank was a previous instance of this occurrence in our country which Andrew Jackson put an end to, and he himself said on his deathbed that it was the most important achievement of his life. The fact that we have had a previous instance of this issue upon our treasury before and that it was fought against tooth and nail by litigators who eventually removed it speaks for itself, case in point. The Defendant may try to argue that the Fed has implemented methods of controlling financial panics as well as other financial inventions which are beneficial and so necessary, and we should applaud them for it because they have been. And very likely obviously our lack of vigil regarding our very own treasury speaks for the need for such a "privatized" renovation if you will, which is a common symptom of organizations in need of an overhaul and a remolding, the Fed being well-known at least somewhat as a privatized endeavor. Now that we are all nice and fired and cured, it's time for the fire team to go, if they stay it's double trouble, and mathematicly just as bad at the very least, ostensibly.

     At any rate, The Federal Reserve should prove here in this Court that The United States Treasury would in some way now still not be as beneficial/as quick (less entropic) without itself, ostensibly, from a prima facie, pragmatic standpoint...against my (plaintiff's) claim that having an entity apparently doing the same thing twice is inallowable, which I argue that it in some way stands as, legally being given [The Federal Reserve Act of 1913]. The Fed should prove that its oversight could not just be under that of the Treasury, as it was and were (per as), and as it was placed there after the mentioned extrication of veritably an exact same instance of this issue before...as if we have two bosses of the same company (ceteris paribus). I predict though that the only acceptable answer from the Defendants will be that the Fed can and shall remain, and for no other reason than that the law exists which allows it, which the Judge theoretically should agree upon more than my claim, oddly enough, simply for this specter being bound to the stated "evil ligandry" implying that succession would be a larger net success, and especially now being compounded by time's interest—in and that the last time such instance was removed it was done in a courtroom battle alone, and so now pragmatics would/should request a different, better climax—a necessary evil in turn supporting Defendants' innocence through quotient...being vested in judgement and vice versa, though critically hereupon, judgement is being...just making sense (not cents though, pardon). So, in as far as that matter is concerned, everyone should already know, though this complaint must, be just as absolute as in value, even though all shall cancel out, time including, which *this* is the paramount of purpose anyway, the rest is history...meaning that this (italics aside) is a key, critical and impassible step otherwise untowards towards; the salvation of time in totality in general: net energy or life, if you will, for the future's sake, supported by good ol' Eienstein and yours and our gut (laughter aside).

     I supremely suspect that the reasons why the Federal Reserve System has not been removed, or allowed to be, rather, is just because nobody has thought to sue for its removal, properly, or even at all for that matter...one of those "oh ya, duh" moments, if you will. I know that might sound far-fetched, but just look at our history here...we've let this fraud occur before, and Americans and people in general do human stuff all day long, we've all been there...when you are trying to figure something out and the answer is so easy, obvious and right in front of you, that it's almost camouflaged by its own overtness, hiding in plain sight...that is just my sneaking, suspicious instinct, that it has just slipped the collective mind up until now, quite frankly, which would make perfect sense in concert with these allegations, in that this step is so critical with regard to time that its energetics could strongly have disbarred the thought altogether, like a very long wavelength. I can tell the court that I rolled over one night and the thought just occurred to me, as embarrassing and humbling as it might sound pertaining to something so important (with blurssed crickets in the background), but we're all human here and serendipity is a wonderful thing which is reassuring knowing that we as a whole did not have to really even think about it: a sure sign of life, that we *are* good and that in all of life's struggles, the most effective coup de graces come as the simplest gossamer upon

the breezes of yet just another normal night, out of the blue from torrents upon torrent...like Ferris Buellers' Day Off, like nothing happened. I hope that sheds some confidence to and from the Court in and that what has been going on is truly order out of chaos, the slogan on our dollar bills, and so in being relevant. I wish for everyone to know that in this complaint, we may truly be a family again, whatever the cost, because we are God's people and in Him we trust...trust me, we are Him, and this would prove it.

Attending this matter in court would and should be a karmatic requirement of its being removed, similar to leaving a phone at a friend's house...you would not be able to sue that friend in court until you asked to come retrieve it, in exhausting remedy. In the same manner, we gave The Federal Reserve the rights to our treasury through our own government, so we are required to ask for them back in the same manner, to complete the sane sanitization. I would like to reach out to the Defendants and make it clear that this issue has been driving me just as nuts as it likely could have you all and so I am here in court to cordially ask that this matter finally be resolved in this, and a most proper, cordial manner, for us all, because y'all just as I were born into the issue, and just like I have the obligation to ask, you have the paramount obligation to withhold until asked. Give a mouse a cookie, he's going to want a glass of milk, so to speak. Thank you for not giving what has been deserved unduly, never give up and follow your instincts, even if it means being counterintuitive, which I'm sure you all have become well versed in, considering.

Finally, I would like to end with a snippet. The following is an excerpt from some politicking I and others have been participating in here in Texas involving the Texit succession initiative, including Texas House Bill HB1359, which received thousands upon thousands of votes...and other odds and ends such as TNM.me. *BUT NOTE* that this bit below serves finally just to demonstrate that it and the related, in fact, *is* or at the very least has come to pass as an unneeded consumption of time either way (in supporting claims), irregardless of whether or not if in fact the below is true or not...just a plain, self-evident, case-in-point aspect to be taken at pragmatic, prima facia face value, which should serve to further round off and bring home the general idea surrounding the existence of the Federal Reserve System now serving as only imparting entropy into our lives, in the same manner that a cast can become uncumbersome once the bone has healed, or a set of training wheels detrimental once the child has learned to ride. This complaint and its points are laid out specifically to encourage the consideration of the Court and the Defendants towards recognizing that the Fed's purpose has been fulfilled, just like a child being spanked, America has learned her lesson and further rectification could serve to counteract the good imparted by this privatization. Please enjoy these last minutes of your time being distracted otherwise, and in support of claims, and do bear in mind that the below was written from a politically motivated standpoint, thank you:

- "The heart of the Federal Reserve scam lies in the fact that it charges interest on the money it prints into the economy and is not legal, prima facie, because it is therefore not owned by the people: because it is technically impossible for a person to charge themselves interest on the money they themselves own! The treasury is meant to spend money into the economy via grants, govt salaries and public works and keep the inflation rate from fluctuating too acutely in order to protect salaried workers from price spikes, and to control panics...by the grace, incalculable math and golden ratios of nature, the amount usually spent just so happens to be the amount needed by the people. And that is it!!! It is not a complicated function like we are led to believe, moreover, it is normally so effortlessly serendipitous that it stuns! The obscurity and "officialism" surrounding the Fed are smoke and mirrors designed only to sound smart, as though what is going on is too complicated for normal people to understand without alot of research, so that they just assume that they can't understand it and so overlook the facts, and so don't see the fraud, and they would be right, because fraud is impossible to comprehend!   What the Fed does is charge interest to us for each dollar they print, which ends up becoming an infinite debt cycle, by sheer math and accounting, a deprivation of life, liberty and property. Let's just take the example of the very first Federal Reserve Notes put into circulation...those notes, let's say having 1% interest on them, hypothetically (you can research the real numbers yourselves, which the Fed fluctuates, perhaps to make it seem like it's a figure associated with a real economic function). Now, interest must always be paid back plus the original principle, which means that for the entire money supply we theoretically owed more back to the Fed than what was in circulation: 101%, only payable by their own Federal Reserve Notes, as per contract, making the debt impossible to pay from the very beginning: IT WAS AND IS

TECHNICALLY IMPOSSIBLE TO PAY THE PRINCIPLE PLUS THE INTEREST BACK UNDER ISSUANCE FRAUD—only having an amount equal to or less than the principle in circulation, THAT IS THE HEART OF THE SCAM.  And so the only way to pay the interest is to forfeit deeds and titles to pre-existing capital and once that is gone, future wages, which means that you are under obligation to do what you're told then by the creditor, which usually involves servitude or robbing other countries and/or war to fulfill the interest—requiring some form of collateral in order for the Fed to print more notes, which we just pay right back to them, which in itself is a blatant waste of time and energy and all a violation of the 14th amendment.  And it keeps getting worse because regardless, each dollar printed inherently has interest on it due to the legal speculations of the Federal Reserve Act of 1913—so EVEN the dollars for the interest they print for us to pay right back then ALSO accrue interest in the same fashion, which so extends into infinity as that cycle repeats. That 1% of interest's sum from the original principle accrues 1% of interest on itself, which ensues in the same fashion, repeating forever: 1% accrues 1% on itself again and again ad infinitum...1% on 1% of 1%, so on and so forth, mathematically extending into forever...so even one red cent or any sum of money whatsoever under issuance fraud incurs an infinite sum of debt...unto husbandry under the fraud, basically creating infinity from the finite, which is a violation of thermodynamics, just like perpetual motion: A SCAM!: entropy, a deprivation of life and a violation of Constitutional Law.

P.S. - The United States should also consent itself to being litigated upon in behalf of, in lieu of sovereign immunity, only upon the grounds that our constitution is legally "manicured" (as in an a new amendment to protect our treasury) to prevent and also imprint awareness for remembrance's purposes, and so to further combine with mentioned possible if not plausible future historical events, for the purposes against deprivations of life, liberty and property, for the purpose of entropy itself, being recognized as a paradox.  I (and many others) pray that the court consents.

## **Claims**

The Federal Reserve System superseding the functions of the Treasury is causing a deprivation of life, serving as extra logic which one is forced to consider and experience in their daily lives by some respect, in a spiritual manner, no less.  The Treasury could perform the same tasks as The Federal Reserve System and that inefficiency, overtly costing time out of our lives stands as a violation of the 14th Amendment, prima facie, ceteris paribus.

# Relief

-This complaint seeks the repeal of The Federal Reserve Act of 1913 and a return to a treasury which does not charge the people interest for the money we print for ourselves.

-This complaint also seeks an injunction ordering the formation of an Amendment to the Constitution banning usurpage of our Treasury by any sort of iteration of instance of issuance fraud, and that which Plaintiff will be given the right to create with the cooperation of lawmakers chosen through this Court.